

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-19-00781-CV

Ernest **BUSTOS**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT, ET AL.**,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16392
Honorable Aaron Haas, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until October 23, 2020.

It is so **ORDERED** September 22, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT